Clerk of Courts
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

Docket No. 01-16-003 Erie

Dear Clerk of Courts;

Please find enclosed, Petitioners motion to correct financial obligation/restitution to be submitted to the Honorable Courts.

Thank you for your time,

Date: #

David Lee Eichenlaub 20048-068
FCI- McKean
P.O. Box 8000
Bradford, PA 16701

cc: File
    Exhibits attached

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID LEE EICHENLAUB
-PETITIONER-

Vs.

UNITED STATES OF AMERICA
-RESPONDENT-

DOCKET NO. 01-16-0003ERIE

MOTION TO CORRECT FINANCIAL OBLIGATION AND RESTITUTION

PETITIONER, DAVID LEE EICHENLAUB WHO IS A PRISONER AT FEDERAL CORRECTIONAL INSTITUTION-McKEAN, BRADFORD PA, DO HEREBY SUBMIT THIS FOREGOING MOTION TO THE COURT FOR CORRECTION OF PETITIONER EICHENLAUBS' FINANCIAL OB--LIGATION TO THE HONORABLE COURT. PETITIONER FURTHER STATES THAT THE AMOUNT OF $8,066.96 ENTERED IN JUDGEMENT AND COMMITMENT IS IN FACT IN-ACCURATE AND HAS BEEN REPAID/RECOVERED TO THE BANK, FOR WHICH PETITIONER HAS BEEN HELD SEVERALLY AND

(2)

RESPONSIBLE FOR. [SEE ENCLOSED DOCUMENT, GOVERNMENT EXHIBIT B] (receipt for recovery of money, total $7,466 enclosed, dated 9/30/2002)

UP TO DATE, PETITIONER EICHENLAUB FINANCIAL RESPONSIBILITY RECORDS LIST THAT HE IS STILL AT DEFAULT FOR THE ABOVE LISTED SUM. [PLEASE SEE ENCLOSED DOCUMENT(S), EXCEPTIONS TO PRESENTENCE REPORT AND SECOND ADDENDUM TO THE PRESENTENCE REPORT]

PETITIONER RESPECTFULLY ASSERTS HIS CLAIM IN THE FOREGOING MATTER, AND REQUESTS THE HONORABLE COURTS TO ENTER THE PROPER SUM OF $620.96, FOR WHICH PETITIONER IS IN FACT SEVERALLY AND LIABLE FOR, ALONG WITH PETITIONERS CO-DEFEN--DANTS.

PETITIONER PRAYS FOR A CAREFUL CONSIDERATION AND RULING IN THE FOREGOING MATTER, SO AS TO PROJECT THE ACCURATE SUM.

RESPECTFULLY SUBMITTED,

CC: FILE

DATED:

DAVID LEE EICHENLAUB #20048-068

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Docket No. 01-16-003 ERIE |
| : | |
| DAVID LEE EICHENLAUB : | |



### EXCEPTIONS TO PRESENTENCE REPORT

1.  The total loss to the National City Bank as a result of the armed robbery in which the Defendant was involved in was listed as, according to the Presentence Report, as $8,066.96.

2.  The Presentence Report further states that the said restitution amount is outstanding and lists where payments may be forwarded for the same.

3.  The Presentence Report further reports that at the time of the arrest of a co-defendant, Shelby Dan Tuszynski, $7,466.30 in cash was recovered.

4.  It is believed that the only true loss to the bank, therefore, is $600.66 dollars.

5.  It is further believed, therefore, since there were a total of four (4) co-defendants, that the only restitution owed by the Defendant, David Lee Eichenlaub, should be $150.17.

Respectfully submitted,

CARNEY & GOOD

By: _____
Daniel J. Brabender, Jr., Esq.
Attorney for Defendant
254 West Sixth Street
Erie, PA 16507-1398
[814] 453-5004
Attorney I.D. No. 27912

SECOND ADDENDUM TO THE PRESENTENCE REPORT

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**UNITED STATES V. DAVID LEE EICHENLAUB, DOCKET NO. 01-00016-003 ERIE**

The probation officer certifies that the Presentence Report, including any revision thereof, has been disclosed to the defendant, his attorney, and counsel for the Government and that the content of the Addendum has been communicated to counsel. The Addendum fairly states any objections they have made.

## OBJECTIONS

### By the Government

None.

### By the Defendant

The defendant states that since the total loss suffered by National City Bank was $8,066.96 and law enforcement agents recovered $7,466.30, the "...only true loss to the bank is $600.66." He takes the position that he should only be held responsible for a fourth of that amount.

Once all potential claims to the money recovered from Shelby Tuszynski are moot and the money is released to National City Bank, the balance due will then be $600.66. We have taken the position that all four defendants are jointly and severally responsible for this amount rather than just a fourth of the balance due.

Respectfully submitted,

George F. Gregory
Chief United States Probation Officer

By: _____
Barbara L. Henderson
Senior United States Probation Officer

Approved:

_____
Gerald R. Buban
Supervising United States Probation Officer

BLH:mp

September 20, 2001

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 91A-PG-69221

On (date) 9/30/2002

item(s) listed below were:
☐ Received From
☒ Returned To
☐ Released To
☐ Seized

(Name) James Gehrlein - Senior V.P.
Elizabeth J. Kelleher - Assistant Manager
(Street Address) 801 State Street     National City
(City) Erie, PA 16501

Description of Item(s): $7,466 in U.S. currency

GOVERNMENT
EXHIBIT
B

Received By: James E. Gehrlein
(Signature) Elizabeth Kelleher
Eli

Received From: [signature]
(Signature) [signature]

TOTAL P.02